# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS HENDON,<br><br>          Plaintiff,<br><br>   v.<br><br>BAROYA, et al.,<br><br>          Defendants.<br>_____/ | CASE NO. 1:05-CV-00838-OWW-SMS-P<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS, AND DIRECTING PLAINTIFF TO COMPLY WITH ORDER OF AUGUST 16 WITHIN THIRTY DAYS<br><br>(Docs. 5 and 7)<br><br>ORDER DIRECTING CLERK'S OFFICE TO RE-SERVE ORDER OF AUGUST 16<br><br>(Doc. 5) |

      Plaintiff Carlos Hendon ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On August 16, 2005, the court issued an order requiring plaintiff to pay the filing fee in full or file a completed application to proceed in forma pauperis within thirty days. On October 19, 2005, after plaintiff failed to comply with or otherwise respond to the court's order, the court issued a Findings and Recommendations recommending dismissal of this action for failure to obey a court order.[1] Plaintiff filed an objection on October 31, 2005.

      In the objection, plaintiff states he was transferred between several institutions during the relevant time period, including a mental hospital, and did not receive the court's order of August 16.

///

---

[1] The United States Postal Service returned the August 16 order as undeliverable on September 16, 2005. A notation on the envelope stated that plaintiff could not be located. However, absent notice of a new address, service at a party's prior address is fully effective. Local Rule 83-182(f).

1

Plaintiff alleges he was heavily medicated and encountered difficulties obtaining access to his legal property and legal supplies.  In the interest of justice, it is HEREBY ORDERED that:

    1.    The Findings and Recommendations, filed October 19, 2005, is VACATED;

    2.    Plaintiff has **thirty (30) days** from the date of service of this order to comply with the court's order of August 16, 2005;

    3.    The Clerk's Office shall re-serve the order of August 16 on plaintiff; and

    4.    The failure to comply with the court's order of August 16 within thirty days will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:   November 28, 2005**           /s/ Sandra M. Snyder
icido3                                    UNITED STATES MAGISTRATE JUDGE