# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS HENDON, | CASE NO. 1:05-CV-00838-OWW-SMS-P |
| Plaintiff, | ORDER AMENDING SENTENCE IN ORDER OF APRIL 14, 2006 (Doc. 14) |
| v. | ORDER ADDRESSING PLAINTIFF'S REQUEST FOR CLARIFICATION AND REQUIRING PLAINTIFF TO COMPLY WITH ORDER OF APRIL 14, 2006 WITHIN THIRTY DAYS (Docs. 14 and 15) |
| BAROYA, et al., | |
| Defendants. | |

On April 14, 2006, the court issued an order requiring plaintiff to either file an amended complaint or notify the court of his willingness to proceed only on the claims found to be cognizable by the court in the order. On April 28, 2006, plaintiff filed a request for clarification.

The order of April 14, 2006, contains an omission. It is possible that this omission led to plaintiff's need for clarification. **The sentence on page 5, lines 1 and 2 is amended to read, "Although plaintiff alleges that he utilized the prison grievance process by filing an inmate appeal, that does <u>not</u> satisfy the Tort Claims Act with respect to plaintiff's state law negligence claims."** (Doc. 14.)

Turning to plaintiff's request for clarification, the court cannot advise plaintiff on what he should or should not do regarding the issue of exhaustion. However, plaintiff's request for clarification is granted in that plaintiff is advised that the requirement he exhaust by filing an inmate appeal (CDC-602) and that he exhaust by filing a claim with the California Victim Compensation and Government Claims Board, formerly known as the State Board of Control, are two separate

1

requirements and are not interchangeable.  In order to pursue his federal constitutional claims under section 1983, plaintiff is required to exhaust the inmate appeals process in compliance with 42 U.S.C. § 1997e(a).  <u>The court's order did not address that issue and did not direct plaintiff to cure any deficiencies concerning that issue</u>.  In order to pursue his state law tort claims of negligence, plaintiff is required by California's Tort Claims Act to file a claim with the California Victim Compensation and Government Claims Board.  Compliance with the Tort Claims Act is a <u>prerequisite</u> to filing suit and plaintiff <u>must</u> allege compliance in order to proceed with his state law negligence claims.  <u>It is this issue that the court's order addressed, and plaintiff was granted the opportunity to amend to cure the deficiency concerning this issue, in the event that it is curable</u>.

**Accordingly, plaintiff is required to comply with the court's order of April 14, 2006, within thirty (30) days from the date of service of this order by either (1) filing an amended complaint or (2) notifying the court of his willingness to proceed only on the claims found to be cognizable by the court in its order.  By this order, plaintiff's request for clarification is deemed addressed.**

IT IS SO ORDERED.

**Dated:    June 2, 2006**                  /s/ Sandra M. Snyder
icido3                                          UNITED STATES MAGISTRATE JUDGE