# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS HENDON, | CASE NO. 1:05-cv-00838-OWW-SMS PC |
| Plaintiff, | ORDER FINDING SERVICE OF AMENDED COMPLAINT APPROPRIATE, AND |
| v. | FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND |
| BAROYA, et al., | RETURN WITHIN THIRTY DAYS |
| Defendants. | (Doc. 19) |
| _____/ | |

Plaintiff Carlos Hendon ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on June 27, 2005. The court has screened plaintiff's amended complaint pursuant to 28 U.S.C. § 1915A and finds that under notice pleading standards, it is sufficient to state cognizable claims for relief against defendants Baroya, Griffin, Fam, Calderon, Hamilton, and Reidman under section 1983 for violation of the Eighth Amendment and under California tort law. Fed. R. Civ. P. 8(a); Swierkiewicz v. Sorema N. A., 534 U.S. 506, 512-15 (2002); Austin v. Terhune, 367 F.3d 1167, 1171 (9th Cir. 2004); Jackson v. Carey, 353 F.3d 750, 754 (9th Cir. 2003); Galbraith v. County of Santa Clara, 307 F.3d 1119, 1125-26 (9th Cir. 2002).

Accordingly, it is HEREBY ORDERED that:

1.     Service is appropriate for the following defendants:

DR. BAROYA

DR. GRIFFIN

DR. FAM

1

1          WARDEN CALDERON

2          DR. HAMILTON

3          DR. REIDMAN

4    2.    The Clerk of the Court shall send plaintiff six (6) USM-285 forms, six (6)

5        summonses, a Notice of Submission of Documents form, an instruction sheet and a

6        copy of the amended complaint filed July 31, 2006.

7    3.    Within **thirty (30) days** from the date of this order, plaintiff shall complete the

8        attached Notice of Submission of Documents and submit the completed Notice to the

9        court with the following documents:

10      a.    Completed summons;

11      b.    One completed USM-285 form for each defendant listed above; and

12      c.    Seven (7) copies of the endorsed amended complaint filed July 31, 2006.

13    4.    Plaintiff need not attempt service on defendants and need not request waiver of

14        service.  Upon receipt of the above-described documents, the court will direct the

15        United States Marshal to serve the above-named defendants pursuant to Federal Rule

16        of Civil Procedure 4 without payment of costs.

17    5.    <u>The failure to comply with this order will result in a recommendation that this action</u>

18        <u>be dismissed</u>.

19

20  IT IS SO ORDERED.

21  **Dated:   February 26, 2007**          _____**/s/ Sandra M. Snyder**_____

      icido3                  UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

27

28