# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS HENDON, | CASE NO. 1:05-cv-00838-OWW-SMS PC |
| Plaintiff, | ORDER GRANTING DEFENDANTS' MOTION FOR A THIRTY-DAY EXTENSION OF TIME TO FILE A RESPONSE TO PLAINTIFF'S AMENDED COMPLAINT' |
| v. | |
| BAROYA, et al., | (Doc. 24) |
| Defendants. | |

On June 21, 2007, defendants Baroya, Calderon, Griffin, and Reidman filed a motion seeking a thirty-day extension of time to file a response to plaintiff's amended complaint. Good cause having been shown, defendants' motion is HEREBY GRANTED and defendants' response is due within **thirty (30) days** from the date of service of this order.

IT IS SO ORDERED.

**Dated:   July 6, 2007**            /s/ Sandra M. Snyder
                                    UNITED STATES MAGISTRATE JUDGE

1