# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS HENDON,<br><br>        Plaintiff,<br><br>   v.<br><br>BAROYA, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:05-cv-00838-OWW-SMS PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. 37)<br><br>ORDER DENYING PLAINTIFF'S MOTIONS FOR A CONTINUANCE, AND GRANTING DEFENDANTS' MOTION TO DISMISS THIS ACTION FOR FAILURE TO EXHAUST<br><br>(Docs. 31, 32, and 35) |

      Plaintiff Carlos Hendon ("plaintiff") is a state prisoner proceeding pro se [and in forma pauperis] in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

      On October 16, 2007, the Magistrate Judge filed a Findings and Recommendations herein which was served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty days. On November 9, 2007, plaintiff filed an Objection.

      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///

///

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed October 16, 2007, is adopted in full;
2. Plaintiff's motions to continue defendants' motion to dismiss pending discovery, filed August 6, 2007, and August 30, 2007, are DENIED;
3. Defendants' motion to dismiss for failure to exhaust, filed July 25, 2007, is GRANTED; and
4. This action is dismissed in its entirety, without prejudice, for failure to exhaust.

IT IS SO ORDERED.

**Dated:    February 19, 2008**             /s/ Oliver W. Wanger
                                            UNITED STATES DISTRICT JUDGE